IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Baltimore

| | |
|---|---|
| IN RE<br><br>NICOLE JOYCE EATON<br>AKA NICOLE JOYCE EATON-PURYEAR<br><br>    Debtor | Case No. 20-17365-MMH<br>Chapter 7 |
| BRIDGECREST CREDIT COMPANY, LLC<br>PO Box 29018<br>Phoenix, AZ 85038<br><br>    Movant<br><br>v.<br><br>NICOLE JOYCE EATON<br>AKA Nicole Joyce Eaton-Puryear<br>2345 Edmonson Ave<br>Baltimore, MD 21207<br><br>and<br><br>ZVI GUTTMAN<br>CHAPTER 7 TRUSTEE<br>P.O. Box 32308<br>Baltimore, MD 21282-2308<br><br>    Respondents | Motion No. |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

   COMES NOW, Bridgecrest Credit Company, LLC, its successors and/or assigns, movant, by its attorneys, Mark D. Meyer, Esq., and Rosenberg & Associates, LLC, and respectfully represents as follows:

   1.   Jurisdiction is based on 11 U.S.C. Section 362(d)-(f).

   2.   On or about August 6, 2020, Nicole Joyce Eaton AKA Nicole Joyce Eaton-Puryear ("Debtor") filed a Voluntary Petition in the Court under Chapter 7 of the Bankruptcy Code.

   3.   Zvi Guttman is the Chapter 7 trustee of the Debtor's estate.

   4.   At the time of the initiation of these proceedings, the Debtor owned a 2008 Hyundai Santa FE VIN#: 5NMSH73E88H218782 (hereinafter "the subject

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 79365

property").

5. The subject property is encumbered by a Simple Interest Retail Installment Contract securing the note, which is currently held by the movant. The documents evidencing the movant's security interest are attached hereto.

6. The total amount due under the Simple Interest Retail Installment Contract securing the Movant as of February 5, 2021, not including attorney's fees and court costs, is approximately $14,156.76.

7. The Debtor is in default under the Simple Interest Retail Installment Contract, and the Movant has accelerated the entire balance of the Simple Interest Retail Installment Contract and interest continues to accrue.

8. The Debtor is behind in his/her bi-weekly payments, and equity in the subject property is dissipating.

9. The Movant lacks adequate protection of its interest in the subject property.

10. The Movant has been and continues to be irreparably injured by the stay of Section 362 of the Bankruptcy Code, which prevents the Movant from enforcing its rights under the Simple Interest Retail Installment Contract.

11. Cause exists for lifting the automatic stay imposed by Section 362 of the Bankruptcy Code to enable the Movant to enforce its rights under its Simple Interest Retail Installment Contract.

12. The subject property is not necessary for an effective reorganization.

WHEREFORE, the Movant, Bridgecrest Credit Company, LLC its successors and/or assigns, respectfully requests that this Honorable Court:

1. Enter an order terminating the automatic stay imposed by Section 362 of the Bankruptcy Code to enable it to proceed with repossession and sale of the 2008 Hyundai Santa FE VIN#: 5NMSH73E88H218782; and

2. Grant such other and further relief as may be just and necessary.

   /s/Mark D. Meyer, Esq.
_____
Mark D. Meyer, Esq.
Federal Bar 15070

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 79365

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 9th day of February, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Relief from the Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Zvi Guttman, Trustee

    I hereby further certify that on the 9th day of February, 2021, a copy of the foregoing Motion for Relief from the Automatic Stay was also mailed first class mail, postage prepaid to:

Nicole Joyce Eaton
AKA Nicole Joyce Eaton-Puryear
2345 Edmonson Ave
Baltimore, MD 21207

                                                   /s/Mark D. Meyer, Esq.
                                                   Mark D. Meyer, Esq.

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 79365